USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 14 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

VALENTIN REID, *on behalf of himself and all others similarly situated,*

                                                       Plaintiff,

            -against-

ICEBREAKER NATURE CLOTHING, INC.,

                                                        Defendant.

------------------------------------------------------------ x

<u>ORDER</u>

19 Civ. 6545 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

Dated: New York, New York
         November 14, 2019

                                                  SO ORDERED.

                                                  *[signature]*
                                                  GEORGE B. DANIELS
                                                  United States District Judge